| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 17 minutes | | | |
|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Ada Means | | | REPORTER/FTR<br>9:47-10:00; 1:07-1:11 | | |
| MAGISTRATE JUDGE<br>Jacqueline Scott Corley | | DATE<br>November 6, 2014 | | | NEW CASE<br>☐ | CASE NUMBER<br>3-14-71397 JSC | |
| **APPEARANCES** | | | | | | | |
| DEFENDANT<br>Blake Benthall | | AGE<br>26 | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Daniel Blank - Special Appearance | | PD. ☒ RET. ☐<br>APPT. ☐ |
| U.S. ATTORNEY<br>Kathryn Haun | | INTERPRETER<br>Not required | | | ☐ FIN. AFFT<br>SUBMITTED | ☐ COUNSEL APPT'D | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Josh Libby | | | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES | |
| **PROCEEDINGS SCHEDULED TO OCCUR** | | | | | | | |
| ☒ INITIAL APPEAR<br>17 minutes | ☐ PRELIM HRG | | ☐ MOTION | | ☐ JUGM'T & SENTG | ☐ STATUS<br>☐ TRIAL SET | |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | | ☐ BOND HEARING | | ☐ IA REV PROB. or<br>or S/R | ☐ OTHER | |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | | ☐ CHANGE PLEA | | ☐ PROB. REVOC. | ☐ ATTY APPT<br>HEARING | |
| **INITIAL APPEARANCE** | | | | | | | |
| ☒ ADVISED<br>OF RIGHTS | ☒ ADVISED<br>OF CHARGES | | ☐ NAME AS CHARGED<br>IS TRUE NAME | | ☐ TRUE NAME<br>  | | |
| **ARRAIGNMENT** | | | | | | | |
| ☐ ARRAIGNED ON<br>INFORMATION | ☐ ARRAIGNED ON<br>INDICTMENT | | ☐ READING WAIVED<br>SUBSTANCE | | ☐ WAIVER OF INDICTMENT FILED | | |
| **RELEASE** | | | | | | | |
| ☐ RELEASED<br>ON O/R | ☐ ISSUED<br>APPEARANCE BOND | | AMT OF SECURITY<br>$ | | SPECIAL NOTES | ☐ PASSPORT<br>SURRENDERED<br>DATE: | |
| PROPERTY TO BE POSTED<br>☐ CASH  $ | | CORPORATE SECURITY ☐ | | | REAL PROPERTY: ☐ | | |
| ☒ MOTION<br>FOR<br>DETENTION | ☐ PRETRIAL<br>SERVICES<br>REPORT | | ☒ DETAINED | ☐ RELEASED | ☒ DETENTION HEARING<br>AND FORMAL FINDINGS<br>WAIVED | ☒ REMANDED<br>TO CUSTODY | |
| ORDER REMOVED TO THE DISTRICT OF Southern District of New York | | | | | | | |
| **PLEA** | | | | | | | |
| ☐ CONSENT<br>ENTERED | ☐ NOT GUILTY | | ☐ GUILTY | | GUILTY TO COUNTS: ☐ | | |
| ☐ PRESENTENCE<br>REPORT ORDERED | ☐ CHANGE OF PLEA | | ☐ PLEA AGREEMENT<br>FILED | | OTHER: | | |
| **CONTINUANCE** | | | | | | | |
| TO: | ☐ ATTY APPT<br>HEARING | | ☐ BOND<br>HEARING | | ☐ STATUS RE:<br>CONSENT | ☐ TRIAL SET | |
| AT: | ☐ SUBMIT FINAN.<br>AFFIDAVIT | | ☐ PRELIMINARY<br>HEARING | | ☐ CHANGE OF<br>PLEA | ☐ STATUS | |
| BEFORE HON. | ☐ DETENTION<br>HEARING | | ☐ ARRAIGNMENT | | ☐ MOTIONS | ☐ JUDGMENT &<br>SENTENCING | |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE<br>UNDER 18 § USC<br>3161 | | ☐ IDENTITY /<br>REMOVAL<br>HEARING | | ☐ PRETRIAL<br>CONFERENCE | ☐ PROB/SUP REV.<br>HEARING | |
| **ADDITIONAL PROCEEDINGS** | | | | | | | |

AUSA's request to unseal the entire case is granted. Defendant admits his identity and waives his right to an identity hearing.
CC: JSC

DOCUMENT NUMBER: