**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

November 6, 2014

**FILED**

Office of the Clerk
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

DEC 0 5 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Name:       US-v-Blake Benthall
Case Number:     14-MAG-2427 (our # 14-71397 JSC)
Charges:         21:846 - Narcotics Trafficking; 18:1030(b) - Conspiracy to Commit and
                 Aid and Abet Computer Hacking; 18:1028(f) - Conspiracy to Transfer
                 Fraudulent Identification Documents; 18:1956(h) - Money Laundering
                 Conspiracy

Dear Clerk:

    The above charges originated in your district and the defendant has appeared before U.S.
Magistrate Judge Jacqueline Scott Corley.  The following action has been taken:

    (X)     The U.S. Marshal has been ordered to remove this defendant
            to your district forthwith.
    ()      The defendant has a court appearance in your court on:

Enclosed are the following documents:
                original Rule 5 affidavit
                original minute order(s), waiver(s)
        certified copy of *AO 94, Commitment to Another District*
            certified copy of Docket Sheet

    Please acknowledge receipt of the documents on the attached copy of this letter and
return in the envelope provided.

                            Sincerely yours,

                            RICHARD WIEKING, Clerk

                            by:  Mark Jenkins
                            Case Systems Administrator

Enclosures
cc: Financial Office
-------------------------------------------------------------------------------------------------------------
Receipt of the above-described documents is acknowledged herewith and assigned case number:

    14 Mag 2427.

Date:  11/24/14.

                            CLERK, U.S. DISTRICT COURT

                            By _____
                                    Deputy Clerk
                            Gilbert Quan